# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hazel Gillon, | No. CV-16-00706-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Nancy A. Berryhill, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Lynette C. Kimmins (Doc. 36). Magistrate Judge Kimmins recommends that the Court dismiss this matter because the Administrative Law Judge's (ALJ) decision is supported by substantial evidence and free of legal error, and the ALJ was not biased. (*Id.*).

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Kimmins's recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

IT IS ORDERED that:

1. Magistrate Judge Kimmins's Report and Recommendation (Doc. 36) is ADOPTED.

2. The decision of the Commission of Social Security is AFFIRMED and this

matter is DISMISSED WITH PREJUDICE.

3. The Clerk of Court shall enter judgment accordingly and close the file in this action.

Dated this 29th day of August, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge